THE UNION DIME SAVINGS INSTITUTION of the city of New
York, Respondent, *v.* FRANCIS NEFFERT, Impleaded, etc.,
Appellant.
THE SAME, Respondent, *v.* FLORENCE FELT, Impleaded, etc.,
Appellant.

(Argued June 12, 1890; decided October 7, 1890.)

APPEALS from orders of the General Term of the Supreme
Court in the first judicial department, made January 28, 1889,

which reversed judgments in favor of defendants entered upon a decision of the court on trial at Special Term and granted a new trial.

*Theodore De Witt* for appellants.

*William H. Arnoux* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed and judgment absolute ordered against defendants on stipulation.